THE NEW YORK INSTITUTION FOR THE BLIND *against*
PATTERSON and others.

*Legacy to charitable corporation ; sufficiency of
description of legatee.*

THE will of William Howe contained a bequest in the
following words : "I give and bequeath unto the trus-
tees of the Institution for the maintenance and instruc-
tion of the Indigent Blind in the city of New York, the
sum of three thousand dollars."

The bequest was claimed by "The New York Insti-
tution for the Blind," a corporation whose objects were
declared in its charter to be "instructing children who
have been born blind, or who may have become blind
by disease or accident."

It was proved that there was no institution in the city
of New York engaged in the education or support of
the blind, except the one claiming the bequest.

The state, for several years, had placed certain indi-
gent blind persons between the ages of eight and twen-
ty-five years in this institution, to be maintained and
instructed at the expense of the state.

The claim of the corporation was resisted, on the
ground that it was not named in the bequest, and did
not answer to the description there given. That the
gift was to a charitable institution, for the *maintenance*
as well as *instruction* of the blind, without reference to
their age. That the claimant was a corporation for the
instruction only, not maintenance, of blind children ;
having nothing to do with adults, or with the indigent,
as such, except those whose expenses were paid by the
state.

The claimant was held entitled to the bequest, on the
ground that the language of the testator was intended
to be descriptive of the institution, and not of the pur-

poses of the gift, and although not in this view perfectly applicable to the institution making the claim, it was sufficiently so to point it out as the object of his bounty.

That, practically, the claimant was an institution for the maintenance and instruction of the indigent blind, although it received compensation therefor from the state.

(S. C., 10 N. Y. 84.)